**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102
_____
www.cand.uscourts.gov

Richard W. Wieking                                                                      General Court Number
Clerk                                                                                                    415.522.2000

**September 2, 2008**

**CASE NUMBER:  CV 08-04040 MHP**
**CASE TITLE:  ADOBE SYSTEMS INCORPORATED-v-OMAR SHABAZZ, ET AL.**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable SUSAN ILLSTON** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SI** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 9/2/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                                                                                  Clerk


NEW CASE FILE CLERK:

| Copies to: Courtroom Deputies | Special Projects |
| --- | --- |
| Log Book Noted | Entered in Computer 9/2/08 MAB |

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                             Transferor CSA