1  J. Andrew Coombs (SBN 123881)
   andy@coombspc.com
2  Nicole L. Drey (SBN 250235)
   nicole@coombspc.com
3  J. Andrew Coombs, A P.C.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone: (818) 500-3200
5  Facsimile: (818) 500-3201

6  Attorneys for Plaintiff
   Adobe Systems Incorporated
7

8

9

10                UNITED STATES DISTRICT COURT

11         NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

12  Adobe Systems Incorporated,           )  Case No. C08-4040 SI
                                          )
13                   Plaintiff,           )  [PROPOSED] ORDER
            v.                            )
14                                        )  Court: Hon. Susan Illston
    Omar Shabazz, et al.,                 )  Date:  December 12, 2008
15                                        )  Time:  9:00 a.m.
                     Defendants.          )
16                                        )

17

18         WHEREAS Plaintiff Adobe Systems Incorporated ("Adobe" or "Plaintiff") filed its Notice

19  and Motion For Entry of Default Judgment ("Motion"), seeking entry of default judgment, including

20  a permanent injunction against Defendant Omar Shabazz ("Defendant");

21         WHEREAS Plaintiff, having served a copy of its Motion and Proposed Judgment on

22  November 13, 2008;

23         WHEREAS Defendant did not oppose Plaintiff's Motion; and

24         The Court, having read and considered the pleadings, declarations and exhibits on file in this

25

26

27

28

matter and having reviewed such evidence as was presented in support of Plaintiff's Motion, hereby grants Plaintiff's Motion and orders entry of the Judgment Pursuant to Entry of Default.

IT IS SO ORDERED:

DATED: 4/2/09

_____
Hon. Susan Illston
Judge, United States District Court for the
Northern District of California

PRESENTED BY:

J. Andrew Coombs,
A Professional Corporation

By: _____
J. Andrew Coombs
Nicole L. Drey
Attorneys for Plaintiff Adobe Systems
Incorporated